UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID TYRONE HILL,
    Plaintiff,

vs.

WARDEN SOUTHERN OHIO
CORRECTIONAL FACILITY,
    Defendants.

Case No. 1:12-cv-063
Weber, J.
Litkovitz, M.J.

ORDER

This matter is before the Court on plaintiff's request for an extension of time to respond to defendant's motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6).[1] (Doc. 19). Defendant has filed a response to the request in which he states he does not oppose an extension of time for plaintiff to respond to the motion to dismiss. (Doc. 20). For good cause shown, plaintiff is hereby GRANTED an extension of time of **twenty (20) days** from the filing date of this Order to file a response to defendant's motion to dismiss the complaint.

**IT IS SO ORDERED.**

Date: 1/14/13

Karen L. Litkovitz
United States Magistrate Judge

---

[1] Plaintiff erroneously refers to defendant's motion to dismiss the complaint (Doc. 16) as a motion for summary judgment and has requested an extension of time under Fed. R. Civ. P. 56.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Tyrone Hill # 452-704
SOCF
PO Box 45699
Lucasville, OH 45699

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7011 3500 0001 5345 5024

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540