# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DAVID TYRONE HILL,**

       **Plaintiff**

       **v.**                             **C-1-12-63**

**WARDEN SOUTHERN OHIO**
**CORRECTIONAL FACILITY,**

       **Defendant**

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 24), plaintiff's response (doc. no. 26) and defendant's response thereto (doc. no. 27). The Magistrate Judge recommended that plaintiff's case be DISMISSED WITH PREJUDICE for lack of prosecution.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Judge.

2

Accordingly, the Court hereby ADOPTS the Report and Recommendation of the United States Magistrate Judge (doc. no. 24). Plaintiff's case is DISMISSED WITH PREJUDICE for lack of prosecution.

This case is TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                            s/Herman J. Weber
                                    **Herman J. Weber, Senior Judge**
                                      **United States District Court**